Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

HOUSTON Division

United States Courts
Southern District of Texas
FILED

*March 18, 2022*

Nathan Ochsner, Clerk of Court

Jonathan Wesley Smith

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Veteran Affairs, VA Federal Police, City of Conroe & Harris County Constable PCT 4

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 4:22-CV-407

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes   ☐ No

## AMMENDED COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jonathan Wesley Smith |
| Street Address | 5934 Beeston Hall Ct |
| City and County | Spring, Harris |
| State and Zip Code | Texas, 77388 |
| Telephone Number | 8325606552 |
| E-mail Address | Jwsmith1981@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Veteran Affairs |
| Job or Title *(if known)* | |
| Street Address | 690 S Loop 336 W, Conroe TX 77304 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | VA Federal Police   SGT. Carrol |
| Job or Title *(if known)* | |
| Street Address | 690 S Loop 336 W, Conroe TX 77304 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3 - 4

| | |
|---|---|
| Name | Officer Armstrong, Officer K. Troester |
| Job or Title *(if known)* | Conroe Police Officers |
| Street Address | 300 W DAVIS ST #200, CONROE TX 77304 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 5 -11

| | |
|---|---|
| Name | Harris County Constable PCT. 4: Dep. A. Deleon, |
| Job or Title *(if known)* | Dep C. Carbajal, Dep. M. Carter, Dep. M Castilow, |
| Street Address | Dep. N. Dillard, Dep K. Singh and Sgt B. Frasier |
| City and County | |
| State and Zip Code | 6831 Cypresswood Dr, Spring TX 77379 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Jonathan Wesley Smith, is a citizen of the State of *(name)* Texas.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* VA, VA Fed Police, PCT 4, Conroe Police is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Texas. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

> Defendants are willing to break the very laws they are sworn to protect with no concern to The individuals they are hurting. Individuals knowingly commit and admit to said crimes and Try to cover them up. The total amount in being requested is 2.5 million usd.

## III. Statement of Claim    Ammended Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

> The evidence will show on 11/8/2020 the VA Supervisor and the VA Federal Police falsified welfare checks to local agencies which led to the PCT 4 tresspassing on private property assult, battery, hospitalization and illegal detainment. Evidence will show that all officers involved has no concern when knowingly violating the law. The evidencd will also show on 12/7/2020 again the VA & Federal officers will violate citizen rights by falsly calling in a tresspassing report to Conroe Police Department which led to Mr. Smith being assulted or battered and illegally searched and detained again. At no time did Mr. Smith break the law. Evidence will show each agency/department involved at a minium violated my rights to include but not limited to the 1, 2, 4, 8 and 9th amendments of our constitution.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> 2.5 million in damages for the items outlined in the statement.
>
> Constable PCT 4: $50,000 per officer X 7 = $350,000
> Conroe Police Department: $50,000 per officer X 2 = $100,000
> Veteran Affairs/VA Federal Police:  2,050,000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/18/2022

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Jonathan Wesley Smith

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address