United States District Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JONATHAN WESLEY SMITH,** | )( | Civil Action No. 4:22cv407 |
| | )( | **(Bench Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| **UNITED STATES DEPARTMENT OF** | )( | |
| **VETERANS AFFAIRS,** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

**AGREED AMENDED SCHEDULING ORDER**

Anticipated Length of Trial: 4-5 Days        Jury:__X__ Non-Jury:_____

FTCA Claims Bench Trial by Law

1. Service of Parties by:                          PASSED
                                                   _____

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will              November 22, 2024
   present, and the basis for it. DUE DATE:            _____

3. EXPERT WITNESSES for the DEFENDANT
   will be identified by a report listing the qualifications of
   each expert, each opinion that the expert will        December 27, 2024
   present, and the basis for it. DUE DATE:           _____
   _____

| | | |
|---|---|---|
| 4. | DISCOVERY must be completed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. | January 17, 2025 |
| 5. | DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by: | February 7, 2025 |
| 6. | JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by: (The Court will fill in this date) | April 4, 2025 |
| 7. | **D**ocket call is set at 3:00 p.m. by video Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. | April 11, 2025 |
| 8. | **JURY / BENCH TRIAL** Case is subject to being called to trial on short notice during this month. | May/June 2025 |

**DATE:** \_\_**November 7**\_\_\_\_, 2024

_____
**HONORABLE GEORGE C. HANKS**
**UNITED STATES DISTRICT COURT JUDGE**
**U.S. Southern District of Texas, Houston**