IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JONATHAN WESLEY SMITH,** | )( | Civil Action No. 4:22cv407 |
| | )( | (Bench Trial) |
| *Plaintiff,* | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| **UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

## NOTICE OF PLAINTIFF'S DEATH

**TO THE HONORABLE KEITH P. ELLISON;**

NOTICE is hereby given that Plaintiff Jonathan Wesley Smith is deceased.

          Respectfully Submitted,

          */s/ Randall L. Kallinen*
          Randall L. Kallinen
          Kallinen Law PLC
          State Bar of Texas No. 00790995
          U.S. So. Dist. of Texas Bar No. 19417
          511 Broadway Street
          Houston, Texas 77012
          Telephone:   713/320-3785
          FAX:          713/893-6737
          E-mail:       AttorneyKallinen@aol.com

          Alexander C. Johnson
          State Bar of Texas No. 24123583
          U.S. So. Dist. of Texas Bar No. 3679181

511 Broadway Street
Houston, Texas 77012
Telephone:	573/340-3316
FAX:	713/893-6737
Email:	alex@acj.legal

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served all counsel of record and pro se parties, if any, by ECF filing, which sends notice to all ECF filers, on January 12, 2025.

*/s/ Randall L. Kallinen*
Randall L. Kallinen