United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN WESLEY SMITH, et al., | § § § § | |
| Plaintiff, | § | |
| versus | § § | CIVIL ACTION 4:22-cv-407 |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al., Defendants. | § § § § | |

## ORDER

IT IS HEREBY ORDERED that based upon the pleadings presented, Defendant's motion for continuance is GRANTED, and the deadline to the file the joint pre-trial order has been continued to **May 16, 2025** and docket call is reset to **May 28, 2025 at 2:00 p.m. by video.**

Signed in Houston, Texas, on this __9th__ day of __April__, 2025.

_____
THE HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE