UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN WESLEY SMITH | § | |
| | § | |
|    Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:22–cv–00407 |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| VETERAN AFFAIRS, et al. | § | |
|    Defendant. | § | |

## NOTICE OF SETTING

   A Docket Call has been set in this matter for 02:00 PM on 5/28/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

   Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611914858?pwd=oXE6zRf4GQ5ra8KCZlynwLaE6Ihx7J.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 191 4858
Meeting Password: 010721

   Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/9/2025                                                 Kimberly Picota
                                                                cm4147@txs.uscourts.gov
                                                                Case Manager to
                                                                U.S. District Judge George C. Hanks, Jr.